IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

REBECCA A. ROGERS,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-332

Opinion filed June 4, 2015.

Petition for Writ of Prohibition.

Jason Cromey, Pensacola, for Petitioner.

Pamela Jo Bondi, Attorney General, Jessica DaSilva, Assistant Attorney General, Tallahassee, and Bridgette M. Jensen, Assistant State Attorney, Pensacola, for Respondent.

PER CURIAM.

The petition is DENIED without prejudice to Petitioner's ability to raise the affirmative defense of self-defense at trial. See Mederos v. State, 102 So. 3d 7, 11 (Fla. 1st DCA 2012).

ROBERTS, WETHERELL, and OSTERHAUS, JJ., CONCUR.